UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COREY JEMELL ROGERS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-1144 CEJ |
| SHAWN JENKINS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court are the plaintiff's motions for appointment of counsel. There is no constitutional or statutory right to appointed counsel in civil cases. *Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, the Court considers several factors, including (1) whether the plaintiff has presented non-frivolous allegations supporting his or her prayer for relief; (2) whether the plaintiff will substantially benefit from the appointment of counsel; (3) whether there is a need to further investigate and present the facts related to the plaintiff's allegations; and (4) whether the factual and legal issues presented by the action are complex. *See Johnson v. Williams*, 788 F.2d 1319, 1322-23 (8th Cir. 1986); *Nelson*, 728 F.2d at 1005.

Plaintiff has presented non-frivolous allegations in his complaint. However, he has demonstrated, at this point, that he can adequately present his claims to the Court. Additionally, neither the factual nor the legal issues in this case are complex. If it later appears that appointment of counsel is appropriate and necessary, the Court will reconsider plaintiff's requests.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions for appointment of counsel [ECF Nos. 3, 4] are **DENIED** without prejudice.

Dated this 21st day of October, 2016.

                                                    CAROL E. JACKSON
                                                    UNITED STATES DISTRICT JUDGE